UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CHRISTOPHER HUDSON, in his individual capacity on behalf of himself and others similarly situated,

      Plaintiff,

-against-

18 CIVIL 4483 (GHW)

**JUDGMENT**

NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, RETIREMENT BOARD OF THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN, KATHERINE "KATIE" BLACKBURN, RICHARD "DICK" CASS, TED PHILLIPS, SAMUEL MCCULLUM, ROBERT SMITH, and JEFFREY VAN NOTE,

      Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2020, Defendants' motions to dismiss are granted; Hudson has failed to remedy the deficiencies the Court identified in his original complaint. Because the Court has already granted Hudson leave to replead once and Hudson has failed to cure the deficiencies in his pleading, the Court concludes that repleading would be futile. Accordingly, the Court will not again grant Hudson leave to replead. *See Advanced Magnetics, Inc. v. Bayfront Partners, Inc.*, 106 F.3d 11, 18 (2d Cir. 1997) (explaining that leave to amend need not be granted where the proposed amendment would be futile), and the case is closed.

**Dated:** New York, New York
    March 31, 2020

                **RUBY J. KRAJICK**
                _____
                Clerk of Court
        **BY:**
                _____
                Deputy Clerk